No. 17,645.

BILL M. TOMBERLIN *v.* JANE TOMBERLIN.
(291 P. [2d] 1060)

Decided January 3, 1956.

Mr. RICHARD F. HITE, Mr. EARNEST S. BAKER, Mr. F. J. KRETSCHMER, for plaintiff in error.

Messrs. DICKERSON, MORRISSEY & DWYER, for defendant in error.

*En Banc.*

PER CURIAM.

Judgment affirmed without written opinion.